IN THE BANKRUPTCY APPELLATE PANEL FOR THE SIXTH CIRCUIT

| | |
|---|---|
| IN RE:<br><br>GREGORY SCOTT DAILY,<br><br>Debtor. | No. 10-8034<br><br>On Appeal from the United States Bankruptcy Court for the Middle District of Tennessee<br><br>Ch.11 Case No. 09-bk-05337 |

## NOTICE OF ELECTION TO HAVE APPEAL HEARD IN THE DISTRICT COURT

Gregory Scott Daily, the Debtor/Appellee, elects that Appeal No. 10-8034 filed by Auerbach Acquisition Associates, Inc. be heard before the United States District Court for the Middle District of Tennessee. This election is timely under BAP Local Rule 8001-3(a) & (b). Auerbach filed a notice of appeal on May 20, 2010, and a Motion for Leave to File Interlocutory Appeal on May 19, 2010. Accordingly, Daily respectfully requests that this appeal be transferred to the United States District Court for the Middle District of Tennessee.

Respectfully submitted,

*s/ William L. Norton, III*
_____
William L. Norton, III
Attorney for Appellant

OF COUNSEL:

William L. Norton, III (TN # 10075)
Bradley Arant Boult Cummings LLP
Roundabout Plaza
1600 Division Street, Suite 700
P O Box 340025
Nashville, TN, 37203-0025
(615) 244-2582
bnorton@babc.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Griffin Scott Dunham
    C. Daniel Lins
    Robert J. Mendes
    MGLAW, PLLC
    Suite 1475
    2525 West End Avenue
    Nashville, TN 37203

    Charles M. Walker
    Office of the U.S. Trustee
    Suite 318
    701 Broadway
    Nashville, TN 37203

    Randal S. Mashburn
    Courtney H. Gilmer
    BAKER, DONELSON, BEARMAN,
    CALDWELL & BERKOWITZ, P.C.
    Baker Donelson Center
    211 Commerce Street, Suite 800
    Nashville, Tennessee 37201
    Tel: (615) 726-7336
    Fax: (615) 744-7336
    E-mail: rmashburn@bakerdonelson.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    None

*s/ William L. Norton III*
_____
William L. Norton III