**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| AUERBACH ACQUISITION ASSOCIATES, INC. | ) ) ) | |
| Appellant, | ) ) | |
| v. | ) ) ) | No. 3:10-00594 JUDGE HAYNES |
| GREGORY S. DAILY, et al. | ) ) ) | |
| Appellees. | ) | |

## O R D E R

A status conference is set for December 3, 2010, at 3:00 p.m. to discuss the status of the California judgment that is on appeal before the California Court of Appeal.

It is so **ORDERED**.

**ENTERED** this the 23rd day of November, 2010.

_____
WILLIAM J. HAYNES, JR.
United States District Judge